# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Chris Koenig<br>To Call Writer Directly:<br>+1 312 862 2372<br>chris.koenig@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br><br>+1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

December 18, 2023

**Via eFile**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Ruby J. Krajick
Clerk of Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Application **GRANTED** in part and **DENIED** in part. Debtors' request to consolidate the three appeals is denied, as the cases involve distinct legal issues and there is little risk of conflicting orders or duplication of effort. Debtors' request for an extension until **January 2, 2024**, to file their counter-designation of the record in Case No. 23 Civ. 10368 is granted. So Ordered.
>
> Dated: December 26, 2023
> New York, New York
>
> *Lorna G. Schofield*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

    Re:    *In re Celsius Network LLC*, Case Nos. 1:23-cv-10368-LGS, 1:23-cv-10373-LJL, and 1:23-cv-10755-UA

Judge Lewis J. Liman, Judge Lorna G. Schofield and Clerk Krajick:

    Kirkland & Ellis LLP represents Celsius Network LLC and its affiliated debtors and debtors-in-possession (the "Debtors") in connection with their pending cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), captioned *In re Celsius Network LLC*, Case No. 22-10964 (MG) (Bankr. S.D.N.Y. 2022), which were commenced on July 13, 2022.

    Johan Bronge, Otis Davis, and Richard Phillips, *pro se* appellants in the above-mentioned cases, have each filed appeals related to the confirmation of the Debtors' chapter 11 plan.[1] At present, Mr. Bronge's appeal has been assigned to Judge Schofield, and Mr. Davis's appeal has

---

[1] Mr. Phillips also appeals the Bankruptcy Court's order denying his request to depose additional fact witnesses in connection with the confirmation of the Debtors' chapter 11 plan.

# KIRKLAND & ELLIS LLP

Honorable Lewis J. Liman
Honorable Lorna G. Schofield
Clerk Krajick
December 18, 2023
Page 2

been assigned to Judge Liman.  Further, it is our understanding that Mr. Phillips's appeal has been referred to Judge Schofield as potentially related to Mr. Bronge's appeal, but has not yet been officially assigned.

In anticipation of overlap between the issues raised on, and the records for, such appeals, and in the interests of judicial economy and the conservation of estate resources, the Debtors request that the three appeals be consolidated before a single judge.  Further, the Debtors request that the dates and deadlines for such appeals similarly be consolidated.

Finally, the Debtors respectfully request a one-week extension to January 2, 2024, to file their counter-designation of the record in the proposed consolidated appeals.

Sincerely,

*/s/ Christopher S. Koenig*
Christopher S. Koenig